**Opinion issued June 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00345-CV

———————————

### TRI-STAR PETROLEUM COMPANY, Appellant

### V.

### SANTOS TOGA PTY LTD., SANTOS TPY CORP., SANTOS TOG CORP., SANTOS TPY CSG CORP., AND SANTOS QUEENSLAND CORP., Appellees

---

### On Appeal from the 190th District Court
### Harris County, Texas
### Trial Court Case No. 2022-05624

---

## MEMORANDUM OPINION

Appellant/Cross-Appellee Tri-Star Petroleum Company and Appellees/Cross-Appellants Santos TOGA Pty Ltd., Santos TPY Corp., Santos TOG Corp., Santos TPY CSG Corp., and Santos Queensland Corp. have filed a Stipulation

of Mootness and Joint Agreed Motion to Dismiss Appeal and Cross-Appeal. In their joint motion, the parties stipulate that they have entered into a settlement agreement that mutually releases the parties from "any and all liabilities, claims, and judgments" arising out of the arbitration award that was confirmed by the trial court on April 5, 2024, and which is the subject of this appeal and cross-appeal.

The joint motion requests that we dismiss the appeal and cross-appeal and order each party to bear its own costs and attorneys' fees—as the parties have agreed. *See* TEX. R. APP. P. 42.1(a)(2)(A), (d). No opinion has issued. *See id.* 42.1(c). The joint motion is signed by counsel for appellant/cross-appellee and appellees/cross-appellants, and the certificate of conference states that the parties have conferred and file the motion as an agreed motion. *See id.* 10.1(a)(5).

Accordingly, we grant the Joint Agreed Motion to Dismiss Appeal and Cross-Appeal, dismiss this appeal and cross-appeal in all things, and order each party to bear their own attorneys' fees and costs, as agreed upon by the parties. *See id.* 10.3(a)(2), 42.1(a)(2)(A), (d), 43.2(f). We further dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.